# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
DOUGLAS M. COOK
32 N. Highlan Rd.
Norton, MA 02766

CRIMINAL COMPLAINT

CASE NUMBER: 04-1407-CBS

I, the undersigned complainant being duty sworn state the following is true and correct to the best of my knowledge and belief. On or about 18 June, 2004 in Middlesex county, in the United States District of Massachusetts defendant did, within the boundaries of Hanscom Air Force Base, Massachusetts, knowingly steal for his own use property of the United States, the value of which was $1,000.00, in violation of Title 18 United States Code, Part I Chapter 31 §641.

I further state that I am a base Security Forces officer, and that this complaint is based on the following facts: (The facts contained in the affidavit which is attached hereto.)

Continued on the attached sheet and made a part hereof    X  Yes    No

Signature of Complainant
James E. Roth, TSgt, USAF, Security Forces Officer

Sworn to before me and subscribed in my presence,

1 December 2004            at    Hanscom AFB, MA
Date                              City and State

CHARLES B. SWARTWOOD, III, U.S. Magistrate
Name & Title of Judicial Officer            Signature of Judicial Officer