# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
DOUGLAS M. COOK
32 N. Highlan Rd.
Norton, MA 02766

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 04-1407-CBS

YOU ARE HEREBY SUMMONED to appear before the UNITED STATES DISTRICT COURT at the place, date and time set forth below.

| | |
|---|---|
| Place UNITED STATES MAGISTRATE COURT<br>20 SCHILLING CIRCLE<br>HANSCOM AFB MA 01731-2125 | Room Building 1305,<br>Second Floor Courtroom |
| | Date and Time<br>10 February 2004; 2:00 p.m. |
| Before: | |

To answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) Part I Chapter 31 §641

Brief description of offense: Stealing property of the United States, the value of which does not exceed $1000.

TO THE DEFENDANT: Failure to appear will result in the issuance of a warrant for your arrest.

You will receive two copies of this notice—one by regular mail and one by certified mail.

_[signature]_                         1 December, 2004
CHARLES B. SWARTWOOD, III             Date
U.S. Magistrate Judge

MICHELE PAGE

CC: AUSA and Defendant