# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA
V.
Douglas M. Cook

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)

CASE NUMBER: 04-1407-CBS

USM NUMBER:

_____
Defendant's Attorney

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded ☐ guilty ☐ nolo contendere to count(s) _____

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

The defendant is sentenced as provided in pages 2 through    N/A    of this judgment.

☑ **THE DEFENDANT** was found not guilty on count(s)    shoplifting

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    -4426

Defendant's Date of Birth:    1954

Defendant's Residence Address:

32 N. Highlan Rd
Norton, MA 02766

Defendant's Mailing Address:

32 N. Highlan Rd
Norton, MA 02766

3/10/2005
Date of Imposition of Judgment

_____
Signature of Judge

Charles B. Swartwood      Chief Magistrate Jud
Name of Judge      Title of Judge

3/14/2005
Date